# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-mj-918-GWF |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR MAURICE RASHADD FITZGERALD (ID#1046881) |
| vs. | |
| MAURICE RASHADD FITZGERALD, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said MAURICE RASHADD FITZGERALD (ID#1046881) before the United States District Court at Las Vegas, Nevada, on or about October 2, 2017, at the hour of 2:30 a.m./p.m. for initial appearance and arraignment on a Complaint and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: September 18, 2017

_____
UNITED STATES DISTRICT COURT JUDGE

STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: Christopher.Burton4@usdoj.gov

*Attorney for the United States of America,*

FILED
2017 SEP 18 PM 2: 26
U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:17-mj-918-GWF |
| Plaintiff, | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR MAURICE RASHADD FITZGERALD (ID#1046881) |
| vs. | |
| MAURICE RASHADD FITZGERALD, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that MAURICE RASHADD FITZGERALD (ID#1046881) is committed by due process of law in the custody of the Warden, HIGH DESERT STATE PRISON, 22010 Cold Creek Road, Indian Springs, Nevada 89070, that it is necessary that the said MAURICE RASHADD FITZGERALD be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said MAURICE RASHADD FITZGERALD may be present before the United States District Court for the District of Nevada, at Las Vegas, Nevada, on October 2, 2017, at the hour of

1  2:30 a.m./p.m., for initial appearance and arraignment on a Complaint and from time to time
2  and day to day thereafter until excused by the said Court.

3  That the presence of the said MAURICE RASHADD FITZGERALD before the United
4  States District Court on or about October 2, 2017, at the hour of 2:30 a.m./p.m., for
5  initial appearance and arraignment on a Complaint and from time to time and day to day thereafter
6  until excused by the Court has been ordered by the United States Magistrate or District Judge for
7  the District of Nevada.

8  WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad
9  Prosequendum issue out of this Court, directed to the Warden, HIGH DESERT STATE PRISON,
10  22010 Cold Creek Road, Indian Springs, Nevada 89070, and to the United States Marshal for the
11  District of Nevada, commanding them to produce the said MAURICE RASHADD
12  FITZGERALD before the United States District Court on or about October 2, 2017, at the
13  hour of 2:30 a.m./p.m., for initial appearance and arraignment on a Complaint and from time
14  to time and day to day thereafter, at such times and places as may be ordered and directed by the
15  Court entitled above, to appear before the Court, and when excused by the said Court, to be
16  returned to the custody of the Warden, HIGH DESERT STATE PRISON, 22010 Cold Creek
17  Road, Indian Springs, Nevada 89070.

18  DATED this 18th day of September, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney

2