RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Maurice Rashadd Fitzgerald

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE RASHADD FITZGERALD,<br><br>Defendant. | Case No. 2:17-cr-00360-JCM-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Maurice Rashadd Fitzgerald, that the Sentencing Hearing currently scheduled on April 25, 2018 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel needs more time to consult with the defendant who is currently in medical housing after the recent loss of his mother. It is difficult to visit with the defendant while he is medically housed.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 11th day of April, 2018.

| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
|---|---|
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00360-JCM-GWF |
| Plaintiff, | **ORDER** |
| v. | |
| MAURICE RASHADD FITZGERALD, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, April 25, 2018 at 10:00 a.m., be vacated and continued to **Wednesday, June 27, 2018** at the hour of __10:00__ __a__.m.

DATED this __17th__ day of April, 2018.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

3