1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   REBECCA A. LEVY
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Rebecca_Levy@fd.org
6  Attorney for Maurice Rashadd Fitzgerald

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00360-JCM-GWF |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (Second Request) |
| MAURICE RASHADD FITZGERALD, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy , Assistant Federal Public Defender, counsel for Maurice Rashadd Fitzgerald, that the Sentencing Hearing currently scheduled on July 18, 2018 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than seven (7) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel will be in trial starting July 16, 2018 in case 2:18-cr-0026-KJD-VCF.

2. The defendant is in custody and does not oppose a continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 11th day of July, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Christopher Burton*<br>By_____<br>CHRISTOPHER BURTON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MAURICE RASHADD FITZGERALD,<br><br>    Defendant. | Case No. 2:17-cr-30360-JCM-GWF<br><br>**ORDER** |

    IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, July 18, 2018 at 10:30 a.m., be vacated and continued to **Monday, July 30, 2018 at 11:00 a.m.**

    DATED July 11, 2018.

                                                */s/ James C. Mahan*
                                        UNITED STATES DISTRICT JUDGE